April 25, 1979

408 A.2d 542

Commonwealth v. Napper, Appellant.

Submitted October 26, 1978. Frank E. Little, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.